IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

PATRICK MANSFIELD, M.D.,       )
                               )
     Plaintiff,                )
                               )
          v.                   )          1:07cv941 (JCC)
                               )
ANESTHESIA ASSOCIATES, LTD.,   )
et al.,                        )
                               )
     Defendants.               )

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff's Objection to Removal and Motion to Remand is DENIED;

(2) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

December 18, 2007                    _____/s/_____
Alexandria, Virginia                      James C. Cacheris
                              UNITED STATES DISTRICT COURT JUDGE