IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| PATRICK MANSFIELD, M.D., )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>ANESTHESIA ASSOCIATES, LTD., )<br>et al., )<br>  )<br>    Defendants. ) | 1:07cv941 (JCC) |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant Inova Alexandria Hospital's Motion to Dismiss is GRANTED; and

(2) the Clerk of the Court shall forward copies of this Order to all counsel of record.

THIS CAUSE IS CONTINUED.

April 28, 2008                                    _____/s/_____
Alexandria, Virginia                                         James C. Cacheris
                                                      UNITED STATES DISTRICT COURT JUDGE