```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division


PATRICK MANSFIELD, M.D.,         )
                                 )
      Plaintiff,                 )
                                 )
           v.                    )      1:07cv941 (JCC)
                                 )
ANESTHESIA ASSOCIATES, LTD.,     )
et al.,                          )
                                 )
      Defendants.                )
```

## O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants Anesthesia Associates, Ltd., Dr. Reed S. Underwood, Dr. Robert D. Zurowski, and Dr. Chad F. Hanes's ("Defendants") Motion for Summary Judgment is GRANTED;

(2) Defendants' Motion for Leave to File a Revised Answer is GRANTED;

(3) Plaintiff's Motion to Strike is DENIED AS MOOT;

(4) Defendants have ten (10) days from the date of this Order to submit proposed attorneys' fees and costs;

(5) The claims against Dr. David A. Spencer and Kenneth Kozloff are DISMISSED WITHOUT PREJUDICE; and

        (6) the Clerk of the Court shall forward copies of this

Order to all counsel of record.

        THIS ORDER IS FINAL.


August 8, 2008                    _____/s/_____
Alexandria, Virginia                   James C. Cacheris
                              UNITED STATES DISTRICT COURT JUDGE