IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| PATRICK MANSFIELD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:07cv941 (JCC) |
| ) | |
| ANESTHESIA ASSOCIATES LTD., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff Mansfield's Motion for Reconsideration is DENIED;

(2) Plaintiff Mansfield's Motion for Leave to Amend His Exhibit List is DENIED; and

(3) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all Counsel of Record.

THIS ORDER IS FINAL.

October 1, 2008                                /s/
Alexandria, Virginia                    James C. Cacheris
                                UNITED STATES DISTRICT COURT JUDGE

1